```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

FILED
OCT 26 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>1451 North Peach Avenue, Apt. 113, Fresno, CA 93727;<br><br>Red 1999 Mitsubishi Sedan (CA 6EOX567); and<br><br>Black 2002 Chevrolet Avalanche (CA 8X96180). | NO. 1:11 SW 00258 BAM<br><br>APPLICATION AND ORDER SEALING SEARCH WARRANT AND AFFIDAVIT |

### APPLICATION TO SEAL

The government requests that the search warrant and affidavit in support of the search warrant be sealed until further order of this Court to protect the integrity of the underlying investigation and to prevent the possible destruction of evidence.

Dated: October 26, 2011                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By /s/ Ian L. Garriques
                                           IAN L. GARRIQUES
                                           Assistant U.S. Attorney

1

1
2
3                          SEALING ORDER
4        Good cause having been shown, IT IS HEREBY ORDERED that the
5   search warrant and affidavit in support of the search warrant be
6   sealed until further order of this Court.
7
8   DATED: October 26, 2011
9
10                                  _____
                                    HON. BARBARA A. McAULIFFE
11                                  UNITED STATES MAGISTRATE JUDGE