1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America



7

8             IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF:   ) CASE NO.  1:11-SW-00258 BAM
                                     )
12 1451 North Peach Avenue, Apt. 113,) MOTION TO UNSEAL SEARCH WARRANT
   Fresno, CA 93727;                 ) AND AFFIDAVIT
13                                   )
                                     )
   Red 1999 Mitsubishi Sedan         )
14 (CA 6EOX567); and                 )
                                     )
15 Black 2002 Chevrolet Avalanche    )
   (CA 8X96180).                     )
16 _____)

17      The United States of America hereby applies to this Court for an

18 order unsealing the search warrant and affidavit in support of the

19 search warrant previously sealed herein by the Court on October 26,

20 2011.  Due to the execution of the search warrant, the search warrant

21 and affidavit no longer need to remain sealed.

22      Accordingly, the United States requests that the search warrant

23 and affidavit be unsealed and made public record.

24 DATED: November 2, 2011          BENJAMIN B. WAGNER
                                    United States Attorney
25
                                By: /s/ Ian L. Garriques
26                                  IAN L. GARRIQUES
                                    Assistant U.S. Attorney
27

28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>1451 North Peach Avenue, Apt. 113, Fresno, CA 93727;<br><br>Red 1999 Mitsubishi Sedan (CA 6EOX567); and<br><br>Black 2002 Chevrolet Avalanche (CA 8X96180). | CASE NO.  1:11-SW-00258 BAM<br><br>ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The search warrant and affidavit in support of the search warrant, having been sealed by order of this Court on October 26, 2011, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 11/2/11

_____
UNITED STATES MAGISTRATE JUDGE